## Commonwealth *v.* DeBellis, Appellant.

562

Argued December 17, 1959. Before RHODES, P. J., GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ. (HIRT, J., absent).

*Hymen Schwartz*, for appellant, submitted a brief.

*Ward F. Clark*, Assistant District Attorney, and *Paul R. Beckert*, District Attorney, for appellee.

OPINION PER CURIAM, March 24, 1960:

The order of the Court of Quarter Sessions of Bucks County is affirmed on the opinion of Judge BIESTER, President Judge of the 7th Judicial District, reported at 20 Pa. D. & C. 2d 153.